UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-9067-CAS (FFMx) | Date | January 14, 2013 |
|---|---|---|---|
| Title | LP DIGITAL SOLUTIONS (DBA) DIVISTOP V. SIGNIFI SOLUTIONS, INC. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Lawrence Nemirow | Todd Becker |

**Proceedings:**   **DEFENDANT'S MOTION TO DISMISS** (filed December 3, 2012)

On December 3, 2012, defendant Signifi Solutions, Inc. filed a motion to dismiss for lack of subject matter jurisdiction, or alternatively, to dismiss pursuant to the forum selection clause set forth in the invoice. Dkt. No. 8. Plaintiff opposed the motion on December 19, 2012, Dkt. No. 12, and defendant replied on December 27, 2012, Dkt. No. 15. The Court held a hearing on January 14, 2013.

At the hearing, the Court issued its tentative ruling finding no personal jurisdiction over defendant. However, counsel for plaintiff proffered new facts at the hearing and asked for an evidentiary hearing on the matter. Rather than holding such a hearing, the Court directs plaintiff to submit a declaration **on or before January 21, 2013**, setting forth the facts proffered by counsel at oral argument.

IT IS SO ORDERED.

|  | 00 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |